# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

TERRELL JAMES ROBEY
    Plaintiff

v.   Civil Action No. 3:22-cv-377

SANDERS, *Ofc, Officer also known as* Marshall Sanders
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____
recover from the defendant *(name)* _____
the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** Other:    JUDGMENT IS ENTERED in favor of Defendant Sanders and against Plaintiff Terrell James Robey.

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Chief Judge Jon E DeGuilio on Motion for Summary Judgment

DATE:  5/25/2023                      CHANDA J. BERTA, CLERK OF COURT

                                                    by  /s/ S. Kowalsky
                                                       *Signature of Clerk or Deputy Clerk*